IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3168 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HAROLD BERNARD STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to continue (filing 37) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 35) has been rescheduled before the undersigned United States district judge to Thursday, November 30, 2006, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

November 14, 2006.        BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge